UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

D.W. WALTERS ENTERPRISES, INC., a
Florida Corporation,

        Plaintiff,

vs.                      Case No.   2:04-cv-428-FtM-33DNF

LODGE CONSTRUCTION, INC.,
INTERNATIONAL FIDELITY INSURANCE
COMPANY,

        Defendants.
_____/

D.W. WALTERS ENTERPRISES, INC., a
Florida Corporation,

        Plaintiff,

vs.                        Case No.   2:04-cv-444-FtM-33DNF

LODGE CONSTRUCTION, INC.,
INTERNATIONAL FIDELITY INSURANCE
COMPANY,

        Defendants.
_____/

## ORDER

This matter is before the Court on consideration of United States Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. #23), filed on March 21, 2005, recommending that the Plaintiff's Motion to Abstain, or in the Alternative, to Remand (Doc. #12 filed in case 2:04-cv-428) be granted and on consideration of United States Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. #27), filed on April 12,

2005, recommending that Plaintiff's Motion to Abstain, or in the Alternative, to Remand (Doc. #9 filed in case 2:04-cv-444) be granted. No objections have been filed to either of the Reports and Recommendations and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Reports and Recommendations, the Court accepts the Reports and Recommendations of United States Magistrate Judge Douglas N. Frazier.

Accordingly, it is now

ORDERED, ADJUDGED, and **DECREED:**

The Reports and Recommendations are hereby **accepted** and

adopted. Both case 2:04-cv-428 and case 2:04-cv-444 are hereby remanded to the County Court of the Twentieth Judicial Circuit in and for Lee County, Florida. The Clerk is directed to close the file and to terminate all previously scheduled deadlines and pending motions.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 27th day of April, 2005.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record